**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 2 5 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH T. WELSH,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------X

10 CV-3228 (NGG)(SMG)

**ORDER
AND STIPULATION
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for the respective parties hereto, that the above-entitled action be and the same hereby is settled and discontinued with prejudice and without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April _____, 2012

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

By: _____
Bernard D. Friedman (BF-9219)
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
bfriedman@friedmanjames.com

MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK

By: _____
Anshel David (AD-4295)
100 Church Street, 4th Floor
New York, NY 10007
(212) 788-0480
adavid@law.nyc.gov

**SO ORDERED:**

s/Nicholas G. Garaufis
―――――――――――
U.S.D.J.
7/23/12